**Terrebonne Parish, Louisiana Clerk of Court -** Jodie P. Burton                    🔍                    **Katie Boudreaux**

Case Display

Case Information | Event Information | Party Information | History Information |

## Case Information

| Case Number | Filing Date | Case Type | Filing Type | Court Type | Division | Judge | Case Status | Case Title | Judgment Date | Ledger Balance | Cash Balance | Last Deposit | Last Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0204728 | 03/04/2026 | CIVIL | DAMAGES | PARISH COURT | D | DAVID W. ARCENEAUX | OPEN 03/04/2026 | NORMA PELLEGRIN VS ZOLL MEDICAL CORPORATION | | | | 3/4/2026 | | REQ FOR NOTICE(ARCENEAUX) |

Top

## Event Information

Top

## Party Information

| Party Type | Party Name | Attorney | Status | Deposits | Prepaid | Cost | Cast | Refund | Ledger | Cash Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | PELLEGRIN, NORMA | GERALD F ARCENEAUX APLC ARCENEAUX, GERALD F P.O. BOX 848 BOURG, LA 70343 | OPEN | | | | | | | |
| PLAINTIFF | PELLEGRIN, MARK | GERALD F ARCENEAUX APLC ARCENEAUX, GERALD F P.O. BOX 848 BOURG, LA 70343 | OPEN | | | | | | | |
| DEFENDANT | ZOLL MEDICAL CORPORATION | UNASSIGNED UNASSIGNED UNASSIGNED U, LA 000000000 | OPEN | | | | | | | |

Top

## History Information

| Transaction Date | Post Date | Images | Minutes | Party Name | Description | Code | Check Date | Check Number | Amount | Event | Event Date | Event Status | Sealed | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2026 | 04/07/2026 | | | PELLEGRIN, NORMA | FILING S/R POSTED ABOVE | CLERK | | | | | | | | Flag |
| 04/07/2026 | 04/07/2026 | 3 Pages | | PELLEGRIN, NORMA | S/R CIT (ZOLL MEDICAL CORP 3/19/2026) EBR | OTHER SHERIFF | | | | | | | | Flag |
| 03/12/2026 | 03/12/2026 | 1 Pages | | PELLEGRIN, NORMA | ISS CITATION (ZOLL MEDICAL CORPORATION/AGENT)EBR | CLERK | | | | | | | | Flag |
| 03/12/2026 | 03/12/2026 | | | PELLEGRIN, NORMA | C/C PETITION | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | INDEXING (3) NAMES | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | 1 Pages | | PELLEGRIN, NORMA | REQ FOR WRITTEN NOTICE | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | ALLOTMENT BY CLERK | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | SUPREME COURT REPORTING FEE (13:841.1) | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | CLERK FEE (13:4688) | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | JUDICIAL ADMINISTRATIVE FEE (13:4688) | LA SUPREME COURT | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | LA JUDICIAL COLLEGE FEE (13:86) | LOUISIANA JUDICIAL COLLEGE | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | JUDGES SUPPLEMENTAL COMPENSATION FUND (13:10.3) | JSF | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | JUDICIAL CLERK FUND (13:996) | LCF | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | PELLEGRIN, NORMA | INITIALIZATION FEE (13:841) | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | 6 Pages | | PELLEGRIN, NORMA | FILING OF PETITION (FEE BASED ON NUMBER OF PAGES) | CLERK | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | 1 Pages | | PELLEGRIN, NORMA | DEPOSIT BY GERALD F. ARCENEAUX | | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | ALL PARTIES | JUDGE WAS MANUALLY ASSIGNED TO JUDGE DAVID W. ARCENEAUX | | | | | | | | | Flag |
| 03/04/2026 | 03/05/2026 | | | ALL PARTIES | DIVISION WAS MANUALLY ASSIGNED TO DIVISION D | | | | | | | | | Flag |

Top

© 2007 - 2026 Cott Systems, Inc.
Version 1.7.29.18