## Michael Mims

| | |
|---|---|
| **From:** | Michael Mims |
| **Sent:** | Tuesday, April 14, 2026 2:40 PM |
| **To:** | geraldarceneaux@outlook.com |
| **Subject:** | RE: Norma Pellegrin v. Zoll Medical |

Gerald – thanks for taking my call. As we discussed, please let me know if Plaintiffs will stipulate that their damages do not exceed $75,000, exclusive of interest and costs. Thank you,

**Michael C. Mims**
Shareholder



P: 504.556.4143
mmims@liskow.com

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Michael Mims <mmims@liskow.com>
**Sent:** Friday, March 27, 2026 10:21 AM
**To:** geraldarceneaux@outlook.com
**Subject:** Norma Pellegrin v. Zoll Medical

Gerald — nice chatting with you. This will confirm our agreement that plaintiffs will allow Zoll a 30 day extension within which to file responsive pleadings. I appreciate the courtesy, and reach out anytime if I can assist. Have a nice weekend,

**Michael C. Mims**
Shareholder



P: 504.556.4143
mmims@liskow.com

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**