**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NORMA PELLEGRIN AND MARK PELLEGRIN,**<br>      **Plaintiffs,** | **CIVIL ACTION NO. 26-CV-00830** |
| | **JUDGE AFRICK** |
|       **vs.** | **MAGISTRATE JUDGE VAN MEERVELD** |
| **ZOLL MEDICAL CORPORATION,**<br>      **Defendant.** | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, ZOLL Medical Corporation makes the

following disclosures:

I.     **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

[X] Yes [ ] No

If "No," proceed to Question 2. If "Yes," respond to the following:

    a.  **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
    b.  **State that there is no such corporation.**

ZOLL Medical Corporation is a wholly-owned subsidiary of Asahi Kasei Holdings U.S.

Inc., which is a wholly-owned subsidiary of Asahi Kasei Corporation, which is publicly held.

Except as stated, no publicly-held company directly holds 10% or more of the stock of ZOLL

Medical Corporation.

II.    **Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

[X] Yes [ ] No

If "No," sign and submit the form. If "Yes," respond to the following:

a.  **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**

ZOLL Medical Corporation is a citizen of the state of Massachusetts as it is incorporated and has its principal place of business in Massachusetts.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: April 20, 2026                      LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

**Counsel for Defendant ZOLL Medical Corporation**

### CERTIFICATION

I hereby certify that on this 20th day of April 2026, a copy of the foregoing and proposed order was served on all parties of record electronically via their email address designated for service.

/s/ Michael C. Mims