**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NORMA PELLEGRIN AND MARK PELLEGRIN,**<br>　　**Plaintiffs,** | **CIVIL ACTION NO. 26-CV-00830** |
| | **JUDGE AFRICK** |
| 　　**vs.** | **MAGISTRATE JUDGE VAN MEERVELD** |
| **ZOLL MEDICAL CORPORATION,**<br>　　**Defendant.** | |

***EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

Pursuant to Local Rule 7.8, Defendant ZOLL Medical Corporation ("Defendant"), reserving all rights, arguments, and defenses, respectfully requests a 14-day extension through and including May 11, 2026, to file responsive pleadings in this matter, and in support states:

1.　　The Court has not previously granted Defendant any extension of time to plead.

2.　　No opposing party has filed in the record an objection to an extension of time.

3.　　Plaintiffs' counsel has indicated that Plaintiffs consent to this motion.

4.　　This motion is not being filed for any improper purpose, and the granting of this motion will not cause any undue delay or prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 20, 2026　　　　　　　　LISKOW & LEWIS, APLC


　　　　　　　　　　　　　　　　　　By: /s/ Michael C. Mims
　　　　　　　　　　　　　　　　　　Michael C. Mims, T.A. (#33991)
　　　　　　　　　　　　　　　　　　Brady M. Hadden (#37708)
　　　　　　　　　　　　　　　　　　Alec Andrade (#38659)
　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 5000
　　　　　　　　　　　　　　　　　　New Orleans, LA 70139
　　　　　　　　　　　　　　　　　　Telephone: (504) 581-7979
　　　　　　　　　　　　　　　　　　Telefax: (504) 556-4108
　　　　　　　　　　　　　　　　　　E-mail: mmims@liskow.com

**Counsel for Defendant ZOLL Medical Corporation**

## <u>CERTIFICATION</u>

I hereby certify that on this 20th day of April 2026, a copy of the foregoing and proposed order was served on all parties of record electronically via their email address designated for service.

<u>/s/ Michael C. Mims</u>