**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NORMA PELLEGRIN AND MARK PELLEGRIN,**<br>    **Plaintiffs,** | **CIVIL ACTION NO. 26-CV-00830** |
| | **JUDGE AFRICK** |
| **vs.** | **MAGISTRATE JUDGE VAN MEERVELD** |
| **ZOLL MEDICAL CORPORATION,**<br>    **Defendant.** | |

**ORDER**

Considering the foregoing *Ex Parte* Consent Motion For Extension Of Time To File Responsive Pleadings filed by Defendant ZOLL Medical Corporation, it is hereby ordered that the Motion is **GRANTED.** Defendant ZOLL Medical Corporation shall file responsive pleadings on or before May 11, 2026.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**