# Sid J. Gautreaux
## Sheriff East Baton Rouge Parish

Clerk of Court  Terrebonne Parish
P.O. Box 1569

Houma, LA  70361

### DISTRICT COURT
For the Parish of East Baton Rouge
3/19/2026

---

**Case: (55)  204728**   NORMA PELLEGRIN vs ZOLL MEDICAL CORPORATION
2,011,290

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| **CITATION ON PETITION** | | | |
| 1 | 03/19/2026 | Citation<br>; 1 CORP SERVICES; BR, LA 70801 | $30.00 |
| 1 | 03/19/2026 | Mileage Charge | $3.12 |
| | | **Case Total:** | **$33.12** |

| | | |
|---|---|---|
| | **Total:** | **$33.12** |

---

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

RECEIVED
MAR 9 2026
E.B.R. SHERIFFS OFFICE

## CITATION ON PETITION

PELLEGI  NORMA

*Versus*

**ZOLL MEDICAL CORPORATION**



*Civil Case: 0204728*
*Division: D*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

### A RESIDENT OF EAST BATON ROUGE PARISH

TO:     ZOLL MEDICAL CORPORATION
        THROUGH ITS AGENT FOR SERVICE OF PROCESS
        CORPORATION SERVICE COMPANY
        450 LAUREL STREET, 8TH FLOOR
        BATON ROUGE, LA 70801

You are named as a defendant in the above captioned matter. Attached to this citation is a:

⊠ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

The petition was filed into this office on MARCH 4, 2026.

**YOU ARE NOTIFIED** that you must either comply with the demand contained in the attached petition or make an appearance either by filing an answer or other pleading in the 32nd Judicial District Court located at 7856 Main St., Houma, LA 70360 (P. O. Box 1569, Houma, LA 70361) within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.
B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.
C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S OFFICE CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 32nd Judicial District Court, Parish of Terrebonne, on the 12TH day of MARCH, 2026.

**JODIE P. BURTON**
**CLERK OF COURT**

By: _Candance M Voisin_
**Deputy Clerk of Court**

**Requested by:** MR. GERALD F. ARCENEAUX
ATTORNEY AT LAW
P.O. BOX 848
BOURG, LA 70343 (985) 594-4199

**Returned and Filed**

**APR 0 7 2026**

_Donna J. Blsor_
**Deputy Clerk of Court**

I made service on the named party through the
CORPORATION SERVICE COMPANY **RECEIVED**

MAR 19 2025                              MAR 19 2026

by tendering a copy of this document to   **E.B.R. SHERIFF'S OFFICE**

Trula Brousseau

**DY. LAVONITA EALY #1202**
Dy. Sheriff, Parish of East Baton Rouge, Louisiana

### [ ORIGINAL ]