**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DEFENDANT ZOLL MEDICAL CORPORATION'S
RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' PETITION FOR DAMAGES**

Defendant ZOLL Medical Corporation ("ZOLL") respectfully moves this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure in ZOLL's favor dismissing Plaintiffs' Petition for Damages with prejudice.

Plaintiffs' Louisiana Products Liability Act ("LPLA") claims are expressly preempted by the Medical Device Amendments of 1976, 21 U.S.C. § 360k, as interpreted by the Supreme Court in *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008), because they necessarily impose state law requirements that are different from, or in addition to, the federal requirements imposed by the U.S. Food and Drug Administration ("FDA"). Plaintiffs' claims are also impliedly preempted as the federal Food, Drug and Cosmetic Act ("FDCA") prohibits private actions to enforce federal law, including the FDA's requirements for the subject LifeVest. *See* 21 U.S.C. § 337(a); *Buckman Co. v. Plaintiff's Legal Comm.*, 531 U.S. 341 (2001).

Separate and apart from federal preemption, Plaintiffs' claims are insufficiently pleaded under the Federal Rules. The Petition's allegations are both conclusory and facially implausible

1

and must be dismissed. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Finally, Plaintiff Mark Pellegrin's loss of consortium claim must be dismissed as it is derivative of Plaintiffs' preempted and insufficiently pleaded claims. *Ferrell v. Fireman's Fund Ins. Co.*, 696 So. 2d 569 (La. 1997).

For the aforementioned reasons, this Court should dismiss Plaintiffs' Petition. This request is based on the Notice of Submission, this Motion, the accompanying Memorandum of Law, the Declaration of Michael Mims and the exhibits attached thereto, and the pleadings and papers filed in this action. As set forth in the accompanying Memorandum, there is good cause for the relief requested.

Respectfully submitted,

Dated: May 11, 2026

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

Jenny A. Covington
(pro hac vice to be submitted)
Matthew J. Smaron
(pro hac vice to be submitted)
**CARLTON FIELDS, P.A.**
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402

2

612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

## **CERTIFICATION**

I hereby certify that on this 11th day of May, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.


*/s/* Michael C. Mims
Michael C. Mims

3