**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF
DEFENDANT ZOLL MEDICAL CORPORATION'S MOTION TO DISMISS**

I, Michael C. Mims, declare as follows:

1.  I am a Shareholder at the law firm of Liskow & Lewis, APLC and an attorney of record representing Defendant ZOLL Medical Corporation ("ZOLL") in this matter.

2.  I certify that Exhibit 1 is a true and correct copy of the Premarket Approval ("PMA") for ZOLL's LifeVest® wearable cardioverter defibrillator ("LifeVest") from the FDA and available at FDA website at: https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf (last visited May 6, 2026).

3.  I certify that Exhibit 2 is a true and correct copy of the Summary of Safety and Effectiveness Data for LifeVest from the FDA website and available at: https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030B.pdf (last visited May 6, 2026).

1

4. I certify that Exhibit 3 is an excerpt of the relevant section of a true and correct copy of the Patient Manual for the ZOLL LifeVest Model WCD 3000, as approved in Supplement 56 to the PMA of the LifeVest, from the FDA website and available at https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030S056c.pdf (last visited May 8, 2026).

5. I certify that Exhibit 4 is a true and correct copy of the Premarket Approval page for the ZOLL LifeVest Model WCD 2000 from the FDA website and available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P010030 (last visited May 8, 2026). The Premarket Approval page lists the PMA Supplements for the ZOLL LifeVest Model WCD 2000.

I declare that I have read the foregoing declaration and that the facts stated herein are true and correct to the best of my knowledge.

Executed this 11th day of May 2026, in Orleans Parish, State of Louisiana.


/s/ Michael C. Mims
Michael C. Mims

2