**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**<u>DEFENDANT ZOLL MEDICAL CORPORATION'S NOTICE OF SUBMISSION</u>**

PLEASE TAKE NOTICE that Defendant ZOLL Medical Corporation will bring its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Petition for Damages before the Honorable Lance M. Africk, United States District Court Judge, on Wednesday, May 27, 2026, at 9:00 a.m., in Courtroom C427 of the United States District Court for the Easter District of Louisiana, located at 500 Poydras Street, New Orleans, LA.

Respectfully submitted,

Dated: May 11, 2026                    LISKOW & LEWIS, APLC


By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

1

Jenny A. Covington
(pro hac vice to be submitted)
Matthew J. Smaron
(pro hac vice to be submitted)
**CARLTON FIELDS, P.A.**
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

## **CERTIFICATION**

I hereby certify that on this 11th day of May, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

*/s/* Michael C. Mims
Michael C. Mims

2