**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DEFENDANT ZOLL MEDICAL CORPORATION'S**
**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.1, Defendant ZOLL Medical Corporation ("ZOLL") requests oral argument on its Motion to Dismiss Plaintiffs' Petition for Damages pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ZOLL's motion to dismiss is noticed for submission on May 27, 2026, before the Honorable Lance M. Africk, District Judge for the United States District Court for the Eastern District of Louisiana.

Given the significance of the issues raised in ZOLL's motion to dismiss and the dispositive nature of the motion, ZOLL believes oral argument is important to assist the Court in evaluating the legal and factual issues raised and will allow the parties to respond to any questions the Court may have.

Wherefore ZOLL requests the Court grant oral argument on ZOLL's Motion to Dismiss Plaintiffs' Petition for Damages.

1

Respectfully submitted,

Dated: May 11, 2026

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

Jenny A. Covington
(pro hac vice to be submitted)
Matthew J. Smaron
(pro hac vice to be submitted)
**CARLTON FIELDS, P.A.**
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

## **CERTIFICATION**

I hereby certify that on this 11th day of May, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

/s/ Michael C. Mims
Michael C. Mims

2