UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK PELLEGRIN, ET AL                                    CIVIL ACTION

VERSUS                                                           NO. 26-830

ZOLL MEDICAL CORPORATION                         SECTION "I" (1)

## SCHEDULING CONFERENCE NOTICE

A **PRELIMINARY  CONFERENCE** will be held **BY  TELEPHONE** on **TUESDAY, JUNE 2, 2026** at **10:00 A.M.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. **PARTIES ARE INSTRUCTED TO CALL  833-990-9400  AND ENTER CALL ID:  030745503.**

**TRIAL COUNSEL** are to participate in this conference.  A paralegal or secretary may not be substituted.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Issued by:   Bridget Gregory
Case Manager
(504) 589-7752

## NOTICE

**COUNSEL  ARE  TO  COMPLY  WITH  THE  ATTACHED  STANDING  ORDER REGARDING THE FILING OF A MOTION FOR SUMMARY JUDGMENT.**

**COUNSEL  ADDING  NEW  PARTIES  SUBSEQUENT  TO  THE  MAILING  OF  THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL  ARE  TO  COMPLY  WITH  THE  DISCOVERY  DISCLOSURE REQUIREMENTS  OF  F.R.C.P.  26(a)(1),   26(f)  AND  LOCAL  RULE  26  AND  THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1.  COUNSEL ARE TO BE  PREPARED  TO  ANSWER  THE  ATTACHED  QUESTIONS  CONCERNING DISCLOSURE.**

**COUNSEL  ARE  TO  COMPLY  WITH  THE  DISCLOSURE  STATEMENT REQUIREMENTS OF F.R.C.P.  7.1,  AS AMENDED DECEMBER 31, 2022.**

## <u>STANDING ORDER REGARDING THE FILING OF A MOTION FOR SUMMARY JUDGMENT</u>

Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties.  Counsel for any party may participate by telephone if the Court is furnished with a telephone number at least two working days prior to the conference.  The Court may be contacted by phone at (504) 589-7605.

# <u>IMPORTANT  NOTICE  TO  COUNSEL</u>

**<u>COUNSEL MUST PARTICIPATE IN THIS CONFERENCE.</u>**
**<u>A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.</u>**

**<u>COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:</u>**

1.    **Have all parties completed Rule 26(a)(1) mandatory initial disclosures?**

2.    **Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?**

3.    **Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?**

4.    **Have all parties filed their Rule 7.1 disclosure statements?**