**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

**PLAINTIFFS' CONSENT MOTION TO CONTINUE AND RESET DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS**

Plaintiffs Norma Pellegrin and Mark Pellegrin, by and through undersigned counsel, and with the full consent and agreement of Defendant Zoll Medical Corporation, respectfully submits this Consent Motion to Continue and Reset Defendant's Rule 12(b)(6) Motion to Dismiss.

Plaintiffs respectfully request that this Court continue and reset Defendant's Rule 12(b)(6) Motion to Dismiss from May 27, 2026, to the next submission date of June 10, 2026, due to counsel's unavailability for May 27, 2026, hearing date. As evidenced by email communication, attached hereto as Exhibit A, counsel for ZOLL Medical Corporation consents to the continuance and resetting and the filing of this Consent Motion to Continue and Reset.

WHEREFORE, Plaintiffs respectfully request that Defendant ZOLL Medical Corporation's Rule 12(b)(6) Motion to Dismiss be continued from May 27, 2026, to the next submission date of June 10, 2026.

Respectfully submitted,

GERALD F. ARCENEAUX, APLC

*/s/ Gerald F. Arceneaux*

_____

GERALD F. ARCENEAUX (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com

*Counsel for Plaintiffs,*
*Norma and Mark Pellegrin*

## **CERTIFICATION**

I hereby certify that on this 15th day of May 2026, a copy of the foregoing pleadings was served on all parties of record electronically via the Court's ECF system.

*/s/ Gerald F. Arceneaux*

_____

Gerald F. Arceneaux