Outlook

---

## RE: Norma Pellegrin v. Zoll Medical

---

**From** Michael Mims <mmims@liskow.com>

**Date** Wed 5/13/2026 11:32 AM

**To** Gerald Arceneaux <geraldarceneaux@outlook.com>

Gerald – we have no objection to having our motion to dismiss set for the next submission date (June 10). I assume you will take care of contacting the court / filing a motion as necessary. Thanks,

**Michael C. Mims**
Shareholder



P: 504.556.4143

mmims@liskow.com



Hancock Whitney Center | 701 Poydras Street | Suite 5000

New Orleans, Louisiana 70139

**liskow.com**

---

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

---

**From:** Michael Mims
**Sent:** Monday, April 20, 2026 1:35 PM
**To:** Gerald Arceneaux <geraldarceneaux@outlook.com>
**Subject:** RE: Norma Pellegrin v. Zoll Medical

All good. On our answer, we had previously agreed on a 30 day extension, which I calculate as going through Monday, May 11. Now that we're in federal court, to be safe, I will file an unopposed motion for extension to lock in the May 11 deadline. I assume you're still good with that extension, but let me know if not. Thanks,

**Michael C. Mims**
Shareholder



P: 504.556.4143

mmims@liskow.com

 

Hancock Whitney Center | 701 Poydras Street | Suite 5000

New Orleans, Louisiana 70139



EXHIBIT

A