**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

**ORDER**

Considering the foregoing Consent Motion to Continue and Reset Defendant ZOLL Medical Corporation's Rule 12(b)(6) Motion to Dismiss, it is hereby ordered that the Motion is GRANTED. Defendant ZOLL Medical Corporation's Rule 12(b)(6) Motion to Dismiss Plaintiffs' Petition for Damages is hereby continued from May 27, 2026 to June 10, 2026.

New Orleans, Louisiana, this ___ day of May, 2026

_____
UNITED STATES DISTRICT JUDGE