**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Africk |
| vs. | Magistrate Judge Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2.5 of the United States District Court for the Eastern District of Louisiana ("Local Rule 83.2.5"), I hereby move this Court for pro hac vice admission of Matthew J. Smaron in the above-captioned action as an additional attorney representing Defendant Zoll Medical Corporation ("Zoll"). Mr. Smaron is qualified for admission pro hac vice as evidenced by the declaration and the attachments thereto which are attached to this Motion as Exhibit A.  Mr. Smaron's mailing address is 80 South Eighth Street, Suite 2800, Minneapolis, MN 55402.  Mr. Smaron's Minnesota Bar number is 0401088.

I am a member in good standing of the bar of this Court and will serve as the Trial Attorney and as one of the co-counsel for Defendant ZOLL pursuant to Local Rule 83.2.5. Considering the foregoing and the attachments hereto, undersigned counsel moves the admission pro hac vice of Mr. Smaron.

Respectfully submitted,

Dated: May 21, 2026     **LISKOW & LEWIS, APLC**

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979

Facsimile: (504) 556-4108
mmims@liskow.com

**CARLTON FIELDS, P.A.**

Jenny A. Covington
(pro hac vice to be submitted)
Matthew J. Smaron
(pro hac vice pending)
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

<u>**CERTIFICATION**</u>

I hereby certify that on this 21st day of May, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

*/s/* Michael C. Mims
Michael C. Mims

2