**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Africk |
| vs. | Magistrate Judge Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

## <u>ORDER</u>

Considering the foregoing *Motion to Appear Pro Hac Vice* filed by Michael C. Mims on behalf of Defendant ZOLL Medical Corporation ("ZOLL") for Matthew J. Smaron to appear as additional counsel for ZOLL herein,

IT IS SO ORDERED, ADJUDGED, AND DECREED that the *Motion to Appear Pro Hac Vice* be, and is hereby, GRANTED and that Matthew J. Smaron of the firm Carlton Fields, P.A. be, and he is hereby, enrolled as additional counsel for ZOLL herein with all privileges and rights pertaining thereto.

THUS DONE AND SIGNED, in New Orleans, Louisiana, on the ____ day of _____, 2026.

_____
DISTRICT JUDGE