**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

NORMA PELLEGRIN AND MARK PELLEGRIN,

Plaintiffs,

vs.

ZOLL MEDICAL CORPORATION,

Defendant.

Civil Action No.  2:26-cv-00830

Hon. Judge Africk

Magistrate Judge Van Meerveld

**DECLARATION OF MATTHEW J. SMARON IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Matthew J. Smaron, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am currently admitted to practice as an attorney in the Bar of the State of Minnesota (Bar No. 0401088). The specific federal courts in which I am admitted to practice are:

- United States District Court of Minnesota, July 2020; and

- United States Eastern District of Wisconsin, June 2022.

3. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

4. I am attaching to this declaration a Certificate of Good Standing issues by the Supreme Court of the State of Minnesota as **Exhibit A**.

5. I am an attorney at the Minneapolis office of the law firm Carlton Fields, P.A., which is located at 80 South Eighth Street, Suite 2800, Minneapolis, Minnesota 55402.

6. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana. I have not previously been admitted *pro hac vice* in this Court.

7. Michael C. Mims, the designated Trial Attorney, will continue to serve as one of the co-counsel for Defendant ZOLL and will accept service of motions and papers in this case pursuant to Local Rule 83.2.5 of the United States District Court for the Eastern District of Louisiana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of May, 2026.

By: */s/ Matthew J. Smaron*
Matthew J. Smaron *(MN Bar No. 0401088)*
CARLTON FIELDS, P.A.
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Tel.: 612-605-9921
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MATTHEW JOSEPH MERZ SMARON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 2019

Given under my hand and seal of this court on

April 08, 2026

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration