## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**MARK PELLEGRIN, ET AL.**                                   CIVIL ACTION

**VERSUS**                                                   No. 26-830

**ZOLL MEDICAL CORPORATION**                                 SECTION I

### <u>ORDER</u>

Upon consideration of defendant Zoll Medical Corporation's ("defendant") unopposed motion[1] to enroll additional counsel of record *pro hac vice*,

**IT IS ORDERED** that the motion is **GRANTED**. Matthew J. Smaron is hereby enrolled as additional counsel of record for defendant in this matter.

New Orleans, Louisiana, May 22, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 15.