**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Africk |
| vs. | Magistrate Judge Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**JOINT DISCOVERY PLAN**

Pursuant to Local Rule 26.2 of the United States District Court for the Eastern District of Louisiana, the parties[1] submit the following joint discovery plan in advance of the June 2, 2026 scheduling conference.

On May 26, 2026, counsel for the parties conferred by telephone for their Rule 26(f) conference. The parties discussed the possibility of settlement. Plaintiffs' counsel agreed to confer with his clients about the possibility of submitting a settlement demand, but cautioned that it may take some time to obtain settlement authority given that Mrs. Pellegrin is gravely ill.

The parties discussed Defendant's pending motion to dismiss (ECF Doc. #8). Plaintiffs' counsel indicated that he would soon file an amended complaint which, pursuant to the Court's recent minute entry (ECF Doc. #13), would presumably cause Defendant's motion to dismiss to be denied as moot. The parties discussed that, in such case, Defendant would likely respond to the amended complaint with a re-urged motion to dismiss.

The parties also discussed discovery matters, including initial disclosures. Defendant's counsel proposed that the parties refrain from exchanging initial disclosures unless and until the

---

[1] The parties herein are Plaintiffs Norma Pellegrin and Mark Pellegrin and Defendant Zoll Medical Corporation.

Court denies Defendant's forthcoming re-urged motion to dismiss, in which case, the parties would

be required to submit initial disclosures within 14 days of the Court's order. Plaintiffs' counsel

responded that he had no objection to Defendant's proposal.

Respectfully submitted,

Dated: May 29, 2026

**LISKOW & LEWIS, APLC**

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
mmims@liskow.com

**CARLTON FIELDS, P.A.**

Jenny A. Covington
(pro hac vice to be submitted)
Matthew J. Smaron (pro hac vice)
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

GERALD F. ARCENEAUX, APLC

/s/ Gerald F. Arceneaux
GERALD F. ARCENEAUX (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com

*Counsel for Plaintiffs,*
*Norma and Mark Pellegrin*

3

## <u>CERTIFICATION</u>

I hereby certify that on this 29th day of May, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

*/s/* Michael C. Mims    
Michael C. Mims

3