**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES**

Plaintiffs Norma Pellegrin and Mark Pellegrin, by and through undersigned counsel, who in compliance with this Honorable Court's directive of May 18, 2026, and pursuant to Federal Rule of Civil Procedure 15(a), move this Honorable Court for Leave to File an Amended Complaint for Damages. The proposed Amended Complaint, attached as Exhibit A, incorporates all allegations from the original Complaint while clarifying factual allegations, existing claims and legal theories. Under Federal Rule of Civil Procedure Rule 15(a)(2), the Court should freely grant leave when justice so requires. The proposed Amended Complaint satisfies this standard because it is sought in good faith, will not cause undue prejudice to Defendant, and is not futile.

WHEREFORE, Plaintiffs Norma Pellegrin and Mark Pellegrin respectfully requests that this Court:

1.    GRANT Plaintiff's Motion for Leave to File Amended Complaint;

2.    PERMIT Plaintiff to file the Amended Complaint attached as Exhibit A;

3.	ORDER Defendant to file a response to the Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3) or such other time as the Court deems appropriate; USCS Fed Rules Civ Proc R 15.

4.	GRANT such other and further relief as the Court deems just and proper.

Respectfully submitted,

GERALD F. ARCENEAUX, APLC

*/s/ Gerald F. Arceneaux*

GERALD F. ARCENEAUX (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com

*Counsel for Plaintiffs,*
*Norma and Mark Pellegrin*

## **CERTIFICATION**

I hereby certify that on this 8th day of June 2026, a copy of the foregoing pleadings was served on all parties of record electronically via the Court's ECF system.

*/s/ Gerald F. Arceneaux*

Gerald F. Arceneaux