**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

## <u>ORDER</u>

Considering the foregoing Unopposed Motion for Leave to File to an Amended and Supplemental Complaint for Damages, it is hereby ordered that the Motion is GRANTED and Plaintiffs, Norma and Mark Pellegrin's Amended Complaint for Damages, attached as Exhibit A is hereby accepted into the record

New Orleans, Louisiana, this ___ day of June, 2026

_____
UNITED STATES DISTRICT JUDGE