Outlook

---

### Re: Activity in Case 2:26-cv-00830-LMA-JVM Pellegrin et al v. Zoll Medical Corporation`Notice of Deficient Filing

---

**From** Michael Mims <mmims@liskow.com>

**Date** Tue 6/9/2026 9:32 AM

**To** Gerald Arceneaux <geraldarceneaux@outlook.com>

Defendant has no objection

**Michael C. Mims**
Shareholder



P: 504.556.4143 | mmims@liskow.com

**Bio** | **vCard** | **LinkedIn**

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

---

**From:** Gerald Arceneaux <geraldarceneaux@outlook.com>
**Sent:** Tuesday, June 9, 2026 9:30 AM
**To:** Michael Mims <mmims@liskow.com>
**Subject:** Fw: [External Email] Activity in Case 2:26-cv-00830-LMA-JVM Pellegrin et al v. Zoll Medical Corporation Notice of Deficient Filing

**[EXTERNAL EMAIL]**

Michael

Can you let me know if you are opposed?

I thought the Judge had directed me to file, but apparently not.

Thanks



**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Tuesday, June 9, 2026 9:19 AM
**To:** Efile_Information@laed.uscourts.gov <Efile_Information@laed.uscourts.gov>

**Subject:** Activity in Case 2:26-cv-00830-LMA-JVM Pellegrin et al v. Zoll Medical Corporation Notice of Deficient Filing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was entered on 6/9/2026 at 9:19 AM CDT and filed on 6/9/2026

**Case Name:**          Pellegrin et al v. Zoll Medical Corporation

**Case Number:**       2:26-cv-00830-LMA-JVM

**Filer:**

**Document Number:** No document attached

**Docket Text:**

NOTICE OF DEFICIENT DOCUMENT: re [19] Amended Complaint. Reason(s) of deficiency: \*\*1. Memorandum or Notice of Submission not provided. When refiling, if motion is opposed, motion must contain clear language of opposition and have a Memorandum in Support and Notice of Submission attached. If motion is unopposed, motion must contain clear language of no opposition and have proposed order as an attachment. \*\*2.Filing attorney selected incorrect event. Correct event is Motion for Leave to File Document. For corrective information, see section(s) D12 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm

**Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 6/16/2026.** (car)

**2:26-cv-00830-LMA-JVM Notice has been electronically mailed to:**

Gerald F. Arceneaux    geraldarceneaux@outlook.com

Michael C. Mims    mmims@liskow.com, mmims2.gmail.com@recap.email, pfussell@liskow.com, rbraggs@liskow.com

Brady McNeil Hadden    bhadden@liskow.com, lstanton@liskow.com

Matthew Joseph Merz Smaron    msmaron@carltonfields.com, mbenson@carltonfields.com

**2:26-cv-00830-LMA-JVM Notice has been delivered by other means to:**