UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK PELLEGRIN, ET AL.                                    CIVIL ACTION

VERSUS                                                            No. 26-830

ZOLL MEDICAL CORPORATION                          SECTION I

## ORDER

Considering plaintiffs' unopposed motion[1] for leave to file a first amended complaint in the above-captioned action,

**IT IS ORDERED** that plaintiffs' motion is **GRANTED**. The proposed amended complaint[2] shall be filed into the record.

**IT IS FURTHER ORDERED** that, consistent with the Court's discussion with the parties on May 18, 2026,[3] defendant's motion[4] to dismiss is **DISMISSED** as moot. Defendant may file a new motion to dismiss with respect to plaintiff's amended complaint if appropriate.

New Orleans, Louisiana, June 17, 2026.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 20.
[2] R. Doc. No. 20-2.
[3] *See* R. Doc. No. 13.
[4] R. Doc. No. 8.