**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Africk |
| vs. | Magistrate Judge Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DECLARATION OF JENNY A. COVINGTON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jenny A. Covington, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bar of the State of Minnesota, California, Wisconsin, Illinois, Minnesota White Earth Trial Court, and Leach Lake Trial Court. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction. The specific federal courts in which I am admitted to practice are:

- United States District Court of Minnesota, September 2008;

- United States District Court of Northern California, August 2009;

- United States District Court of Eastern California, December 2007;

- United States District Court of Central California, December 2004;

- United States District Court of Southern California, January 2024;

- United States District Court of Central Illinois, January 2023; and

- United States District Court of Northern Illinois, January 2019.

3. I am attaching to this declaration a Certificate of Good Standing issues by the Supreme Court of the State of Minnesota as **Exhibit A**.

4. I am an attorney at the Minneapolis office of the law firm Carlton Fields, P.A., which is located at 80 South Eighth Street, Suite 2800, Minneapolis, Minnesota 55402.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

6. Michael C. Mims, the designated Trial Attorney, will continue to serve as one of the co-counsel for Defendant Zoll and will accept service of motions and papers in this case pursuant to Local Rule 83.2.5 of the United States District Court for the Eastern District of Louisiana.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June, 2026.

By: */s/ Jenny A. Covington*
Jenny A. Covington *(MN Bar No. 0388607)*
CARLTON FIELDS, P.A.
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com

*Counsel for ZOLL Medical Corporation*

2

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JENNY A COVINGTON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 9, 2008

Given under my hand and seal of this court on

April 24, 2026

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration