**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Africk |
| vs. | Magistrate Judge Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

## <u>ORDER</u>

Considering the foregoing *Motion to Appear Pro Hac Vice* filed by Michael C. Mims on behalf of Defendant Zoll Medical Corporation ("Zoll") for Jenny A. Covington to appear as additional counsel for the Zoll defendants herein,

IT IS SO ORDERED, ADJUDGED, AND DECREED that the *Motion to Appear Pro Hac Vice* be, and is hereby, GRANTED and that Jenny A. Covington of the firm Carlton Fields, P.A. be, and she is hereby, enrolled as additional counsel for the Zoll Defendants herein with all privileges and rights pertaining thereto.

THUS DONE AND SIGNED, in New Orleans, Louisiana, on the _____ day of _____, 2026.

_____
JUDGE