**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

**JOINT STATUS REPORT**

Pursuant to the directive of this Honorable Court, the parties submit the following Joint Status Report in advance of the June 23, 2026, status conference.

1.    **Listing of Parties and Counsel.**

Plaintiffs – Norma and Mark Pellegrin, represented by Gerald F. Arceneaux

Defendant – Zoll Medical Corporation, represented by Michael Mims of the Law Firm of Liskow & Lewis, APLC; and Jenny A. Covington and Matthew J. Smaron of the Law Firm of Carlton Fields, P.A. appearing Pro Hac Vice.

2.    **Pending Motions**.   There are no pending Motions before the Court. The Court recently granted Plaintiff's Unopposed Motion for Leave to File First Amended Complaint. Defendant anticipates that, on or before July 2, 2026, it will renew its motion to dismiss, which was previously denied as moot in light of Plaintiff's forthcoming Amended Complaint. Defendant intends to request oral argument on the motion to dismiss, but does not anticipate presenting live testimony at the hearing.

3.     **Conference and Trial Dates.** The initial Status conference is scheduled for June 23, 2026. The Final Pre-Trial Conference is scheduled for November 16, 2026. Trial is scheduled to begin on December 14, 2026, and is expected to last seven (7) days. Plaintiffs have requested a jury trial.

4.     **Brief Description of Issues.**

Plaintiffs allege that the LifeVest wearable cardioverter defibrillator prescribed by her cardiologist and manufactured by Zoll Medical Corporation malfunctioned on March 5, 2025, causing damage to her cervical region. Plaintiff, Mark Pellegrin is asserting a loss of consortium claim based on the injuries suffered by Norma Pellegrin.

Defendant maintains that Plaintiffs' claims should be dismissed in their entirety as preempted by federal law. Further, Defendant denies that Ms. Pellegrin's LifeVest malfunctioned and denies that Plaintiff suffered any injuries for which Defendant is responsible.

5.     **Status of Discovery.**   Discovery in this matter has not progressed as there was a prior Rule 12(b)(6) Motion, which was responded to with Plaintiffs' filing of an Amended Complaint. The Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint was granted on June 18, 2026. Defendant is now in the process of preparing responsive pleadings to Plaintiffs' First Amended Complaint. Pursuant to the Court's order, the parties intend to exchange initial disclosures on or before July 2, 2026.

6.     **Status of Settlement Negotiations.** While Defendant's counsel has invited Plaintiffs to submit a demand, there have not been any settlement discussions based on the prior medical condition of Plaintiff, Norma Pellegrin, which has since lead to her death on June 15, 2026.

Respectfully submitted,

**GERALD F. ARCENEAUX, APLC**

*/s/ Gerald F. Arceneaux*

_____

Gerald F. Arceneaux (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com

*Counsel for Plaintiffs,*
*Norma and Mark Pellegrin*

And

**LISKOW & LEWIS, APLC**

By: */s/ Michael C. Mims*

Michael C. Mims, T.A. (#33991)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: mmims@liskow.com

CARLTON FIELDS, P.A.

Jenny A. Covington
(Pro Hac Vice)
Matthew J. Smaron
(Pro Hac Vice)
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 605-9921
Email: jcovington@carltonfields.com
        mssmaron@carltonfields.com

## CERTIFICATION

I hereby certify that on this 22nd day of June 2026, a copy of the foregoing pleadings was served on all parties of record electronically via the Court's ECF system.

*/s/ Gerald F. Arceneaux*

Gerald F. Arceneaux