# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARK PELLEGRIN, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                              **No. 26-830**

**ZOLL MEDICAL CORPORATION**                          **SECTION I**

## ORDER

Upon consideration of defendant Zoll Medical Corporation's ("defendant") unopposed motion[1] to enroll additional counsel of record *pro hac vice,*

**IT IS ORDERED** that the motion is **GRANTED**. Jenny A. Covington is hereby enrolled as additional counsel of record for defendant in this matter.

New Orleans, Louisiana, June 23, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 23.