**MINUTE ENTRY**
**AFRICK, J.**
**June 23, 2026**
**JS-00:09**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**MARK PELLEGRIN, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                                       **No. 26-830**

**ZOLL MEDICAL CORPORATION**                        **SECTION I**

### MINUTE ENTRY

On this date, the Court held a telephone status conference with counsel for both parties participating. The Court and the parties discussed plaintiffs' claims and defendant Zoll Medical Corporation's forthcoming motion to dismiss. Plaintiffs' counsel also informed the Court that plaintiff Norma Pellegrin recently passed away and that they may seek to substitute an appropriate party. The Court instructed plaintiffs' counsel to begin the process for proceeding with a claim after the death of a party pursuant to Federal Rule of Civil Procedure 25(a).

New Orleans, Louisiana, June 23, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**