**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DEFENDANT ZOLL MEDICAL CORPORATION'S NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant ZOLL Medical Corporation will bring its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint before the Honorable Lance M. Africk, United States District Court Judge, on Wednesday, July 22, 2026, at 9:00 a.m.

Respectfully submitted,

Dated: July 2, 2026

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com

Jenny A. Covington (pro hac vice)
Jenna L. Durr (pro hac vice to be submitted)
Matthew J. Smaron (pro hac vice)
**CARLTON FIELDS, P.A.**
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
612.605.9921
jcovington@carltonfields.com
jdurr@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*

1

2

## **CERTIFICATION**

I hereby certify that on this 2nd day of July, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

*/s/* Michael C. Mims
Michael C. Mims