**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | Hon. Judge Lance M. Africk |
| vs. | Magistrate Judge Janis Van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**ORDER**

Considering Defendant ZOLL Medical Corporation's Rule 12(b)(6) Motion To Dismiss Plaintiffs' Amended Complaint, and having considered the parties' submissions and arguments, the Court **ORDERS** that:

1.  Defendant ZOLL Medical Corporation's Motion to Dismiss Amended Complaint is GRANTED.

2.  The above-captioned matter is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety and with prejudice.

**IT IS SO ORDERED.**

THUS DONE AND SIGNED, in New Orleans, Louisiana, on the _____day of _____, 2026.

_____
Honorable Lance M. Africk
United States District Court Judge