**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DECLARATION OF MICHAEL C. MIMS
IN SUPPORT OF DEFENDANT ZOLL MEDICAL CORPORATION'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Michael C. Mims, declare as follows:

1. I am a Shareholder at the law firm of Liskow & Lewis, APLC and an attorney of record representing Defendant ZOLL Medical Corporation ("ZOLL") in this matter. I have personal knowledge of the matters set forth herein.

2. I certify that Exhibit 1 is a true and correct copy of the Premarket Approval ("PMA") for ZOLL's LifeVest® wearable cardioverter defibrillator ("LifeVest") from the FDA and available at FDA website at: https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf (last visited May 6, 2026).

3. I certify that Exhibit 2 is a true and correct copy of the Summary of Safety and Effectiveness Data for LifeVest from the FDA website and available at: https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030B.pdf (last visited May 6, 2026).

1

4. I certify that Exhibit 3 is an excerpt of the relevant section of a true and correct copy of the Patient Manual for the ZOLL LifeVest Model WCD 3000, as approved in Supplement 56 to the PMA of the LifeVest, from the FDA website and available at https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030S056c.pdf (last visited May 8, 2026).

5. I certify that Exhibit 4 is a true and correct copy of the Premarket Approval page for the ZOLL LifeVest Model WCD 2000 from the FDA website and available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P010030 (last visited May 8, 2026). The Premarket Approval page lists the PMA Supplements for the ZOLL LifeVest Model WCD 2000.

6. I certify that Exhibit 5 is a true and correct copy of the court's Order Granting ZOLL Medical Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint in *Dossie Minor v. ZOLL Medical Corporation*, in Case No. 2020L 000196, Circuit Court of the Seventh Judicial Circuit for Sangamon County, Illinois.

I declare that I have read the foregoing declaration and that the facts stated herein are true and correct to the best of my knowledge.

Executed this 2nd day of July 2026, in Orleans Parish, State of Louisiana.

/s/ Michael C. Mims
Michael C. Mims

2