# EXHIBIT 3



**Model WCD 3000**

**Patient Manual**





PN 20B0027 Rev M proposed

LifeVest System WCD 3100 Patient Manual

**Restricted sale**

Federal (USA) law restricts this device to sale by or on the order of a physician.

**Effectivity**

This manual describes the LifeVest WCD 3000 wearable defibrillator system.

**Disclaimer**

Information, operation, specifications, and product appearance may change without notice. Names and data used in examples are fictitious.

**Trademarks**

ZOLL and LifeVest are registered trademarks of ZOLL Medical Corporation in the United States of America. All other product names mentioned herein are the trademarks of their respective owners.

**Copyright notice**

© 2001-2008, 2012, 2014, 2015, ZOLL Medical Corporation. All rights reserved.

**Patents**

US patents: 6,681,003; 6,280,461; 6,253,099; 6,169,387; 6,097,982; 6,065,154; 5,944,669; 5,929,601; 5,741,306; others pending.

**Software nonexclusive license**

The LifeVest device includes certain software ("Software"). ZOLL grants you a nonexclusive license to use the Software solely for diagnostic and treatment purposes as part of use of the LifeVest device. You are prohibited from: (i) reproducing the Software; (ii) removing or destroying any proprietary markings, copyright notices or other legends which are part of the Software; (iii) modifying or reverse engineering the Software; or (iv) removing the Software from the LifeVest device. Title to the Software will remain at all times with ZOLL. You must keep the Software confidential.

**Contact information**

 ZOLL
Pittsburgh, PA 15238
USA

Phone toll free (USA)  1-800-543-3267
Phone outside USA  1-412-968-3333
Fax  1-412-826-9485
Web  www.zoll.com

# Contents

Chapter 1:  Introduction ........................................................................................1-1
        Chapter overview.................................................................. 1-1
        Why did your doctor recommend the LifeVest System for you? ............................. 1-1
        Are there alternatives to the LifeVest System? .................................. 1-1
        If you need assistance .............................................................. 1-2
        Important phone numbers ............................................................. 1-2
        LifeVest System components.......................................................... 1-3
        Symbols ............................................................................ 1-4
        Warnings and cautions for patient .................................................. 1-7
            Warnings .......................................................................... 1-7
            Possible improper system performance ............................................. 1-8
            Cautions .......................................................................... 1-9
        Environment considerations related to noise and vibration.......................... 1-11
        What is the LifeVest device and how does it work? ................................. 1-12
            Electrode Belt.................................................................... 1-12
            Garment ........................................................................... 1-13
            Alarm Module ...................................................................... 1-14
            Monitor ........................................................................... 1-15
            Battery Pack ...................................................................... 1-16
            Holster ........................................................................... 1-17
            Battery Charger ................................................................... 1-18
        Patient training.................................................................... 1-19

Chapter 2:  Who Should Wear This, Who Should Not? ....................................... 2-1

Chapter 3:  How do you make the LifeVest Device Part of your Daily Routine? ............. 3-1
        Chapter overview.................................................................... 3-1
        Which style garment do you have? ................................................... 3-2
        Assembling the electrode belt to garment A.......................................... 3-3
        Assembled electrode belt and garment A ............................................. 3-8
        Putting on the assembled electrode belt and garment A .............................. 3-9
        Assembling the electrode belt to garment B......................................... 3-13
        Assembled electrode belt and garment B ............................................ 3-18
        Putting on the assembled electrode belt and garment B ............................. 3-19
        Connecting the electrode belt to the monitor...................................... 3-23
        Remove device when you shower or bathe ............................................ 3-25
            To remove the LifeVest device before you bathe or shower ......................... 3-25
        Disassembling the electrode belt and garment ...................................... 3-26
        Laundering the garment ............................................................ 3-28
        Using the holster.................................................................. 3-29
        Inserting the Battery Pack ........................................................ 3-30
        Startup messages................................................................... 3-31
        Normal monitoring message.......................................................... 3-32
            To view your heart rate ........................................................... 3-32
        If you get a CHECK THERAPY PADS message............................................ 3-33
            Therapy Pad may not be inserted correctly into its pocket.......................... 3-33
            Therapy Pad and mesh pocket may not be pressing against your skin .......... 3-34
        Battery messages................................................................... 3-35
        Charging the Battery Pack.......................................................... 3-36
        Battery Charger ................................................................... 3-38
            Operation ......................................................................... 3-38
            Battery status lights.............................................................. 3-39
            Charging/testing battery pack ..................................................... 3-39

LifeVest System WCD 3000 Patient Manual

Battery fault ....................................................................................3-40
Charger fault ..................................................................................3-40
Removing device ..................................................................................3-41
Summary: Assembly and startup ........................................................3-44

**Chapter 4:  What do the Messages Mean?**.................................................**4-1**
Chapter overview.................................................................................4-1
Alarm Module .....................................................................................4-2
Responding to messages ....................................................................4-3
Normal operation ................................................................................4-3
Recording ECGs..................................................................................4-5
Abnormal heart rhythms ......................................................................4-6
Unclear ECG signals ..........................................................................4-9
Service Messages ..............................................................................4-10
Press button(s)...............................................................................4-10
Release response buttons ..............................................................4-11
Too much gel, clean skin ................................................................4-11
Add gel or replace belt ...................................................................4-11
Electrode belt connection ...............................................................4-12
Change battery................................................................................4-12
Reinsert battery...............................................................................4-13
Communication messages ..................................................................4-14
Message list.........................................................................................4-16

**Chapter 5:  How do you Maintain Clear ECG Signals to the Monitor?**.............................**5-1**
Chapter overview.................................................................................5-1
Unclear ECG signal ............................................................................5-1
Possible Reasons for Poor Signal Quality..........................................5-3
During the Day ................................................................................5-3
During Sleep ...................................................................................5-3

**Chapter 6:  What if you Experience an Abnormal Heart Rhythm?** ........................**6-1**
Chapter overview.................................................................................6-1
Description...........................................................................................6-1
When an abnormal rhythm occurs ......................................................6-2
Holding Response Buttons ..............................................................6-2
What to expect ................................................................................6-3
What happens if you lose consciousness? .........................................6-5
Regaining consciousness ...............................................................6-5
Adding gel or replacing belt ............................................................6-7
To add gel .......................................................................................6-7
To change the Electrode Belt..........................................................6-8
What happens if you remain unconscious?.........................................6-9

**Chapter 7:  How do you Record ECGs?** .................................................**7-1**
Chapter overview.................................................................................7-1
Description...........................................................................................7-1
Recording an ECG ..............................................................................7-1

**Chapter 8:  How do you Communicate by Modem?**......................................**8-1**
Chapter overview.................................................................................8-1
Description...........................................................................................8-1
How to connect the modem..................................................................8-2
How to send data.................................................................................8-3
If transmission failed...........................................................................8-4

Contents

**Chapter 9:  How do you Maintain the System?** ........................................................**9-1**

    Chapter overview........................................................................ 9-1

    Service messages ..................................................................... 9-1

        Coded service messages........................................................ 9-1

        Response button test ............................................................. 9-2

        Release Response Buttons message....................................... 9-2

        Change Battery message ....................................................... 9-3

        Reinsert Battery Pack message.............................................. 9-3

        Add Gel or Replace Belt message........................................... 9-4

        Too Much Gel, Clean Skin message ....................................... 9-5

        Communication error messages ............................................. 9-6

    Replacing the battery pack ....................................................... 9-7

    Charging the battery pack ......................................................... 9-8

        Battery charger specifications................................................. 9-8

    Troubleshooting battery pack and battery charger.................... 9-9

    How to launder the garment .................................................... 9-10

    How to clean the non-washable items...................................... 9-10

    Inspection ............................................................................... 9-11

    General maintenance information .............................................. 9-11

    Traveling with the LifeVest System .......................................... 9-11

**Chapter 10: What is the Operating Environment of the System?**....................................**10-1**

    Chapter overview...................................................................... 10-1

    Operating environment ............................................................. 10-1

    Environment considerations related to noise and vibration.................... 10-2

**Chapter 11: What do Family Members Need to Know?** ....................................................**11-1**

    Chapter overview...................................................................... 11-1

    Important information................................................................. 11-1

**Appendix A: Flowchart of Assembly and Startup** ........................................................... **A-1**

**Index**

LifeVest System WCD 3000 Patient Manual

*This page intentionally left blank.*

# Glossary

| | |
|---|---|
| **Alarm Module** | The module connected to the Monitor that contains the response buttons, OK button, Record button, Transmit button, speaker, and lights. |
| **Arrhythmia** | Abnormal heart rhythm. |
| **Asystole** | Heart stops beating. |
| **Battery Charger** | Charges the Battery Pack. |
| **Battery Pack** | Rechargeable batteries that power the Monitor. |
| **Cardioversion Defibrillation** | Restoration of normal heart rhythm by electrical shock. |
| **Electrode** | A solid electrical conductor through which an electric current enters and leaves a body. |
| **ECG electrodes** | Electrocardiogram electrodes, used to monitor heart rate. |
| **Electrode Belt** | The belt that contains the ECG electrodes, the therapy pads, the vibration box, electrode belt connector, and connecting cables. |
| **Electromagnetic Interference (EMI)** | Electrical or magnetic interference caused by sources such as motors, transformers, welding equipment, and speakers, that can interfere with device performance. |
| **Fibrillation** | Rapid, uncoordinated contractions of the heart muscle. |
| **Garment** | The cloth that holds the electrode belt in place against the patient's skin. |
| **ICD** | Implantable cardioverter defibrillator. Is implanted in the chest and is used to treat abnormal heart rhythms. |
| **Joules** | Units of measurement of shock energy. |
| **LifeVest device** | Wearable components of the LifeVest System: Electrode Belt, Garment, Battery Pack, Monitor, and Alarm Module. Device is worn to detect and treat sudden cardiac arrest (SCA). |
| **LifeVest system** | LifeVest device, Battery Charger, and Modem. |
| **MI** | Myocardial infarction or heart attack. The damaging or death of a region of heart muscle usually resulting from a blocked blood supply to that area. |
| **Modem** | Connects to telephone line. When Monitor is connected to the modem, patient information can be sent to doctor. |

LifeVest System WCD 3000 Patient Manual

| | |
|---|---|
| **Monitor** | Monitors the patient's heart activity, and delivers a shock to treat an abnormal heart rhythm if needed. |
| **Response Buttons** | The buttons patient presses to respond to certain messages. Most importantly, the patient presses and holds response buttons to prevent a shock treatment from being delivered. |
| **SCA** | Sudden cardiac arrest. |
| **SCD** | Sudden cardiac death. Usually follows SCA. |
| **Therapy Pads** | The large electrodes (one pad in front; double-pad in back) that deliver defibrillating energy to treat SCA. |
| **Ventricular Fibrillation** | VF. Rapid, uncoordinated, and ineffective beating of the ventricles (lower portion) of the heart. This can be fatal if untreated. |
| **Ventricular Tachycardia** | VT. The lower portion of the heart muscle beats at a fast, abnormal rate. This can lead to VF if untreated. |
| **VT/VF** | Ventricular Tachycardia/Ventricular Fibrillation. Primary abnormal heart rhythms responsible for SCA. |

## Warnings and cautions for patient

 This section reviews the Warnings and Cautions. Please make certain that you read and understand these warnings and cautions.

A **Warning** is a statement that alerts you to possible injury or death caused by misuse of the device. This includes device failure that could lead to you being unprotected by the device.

A **Caution** is a statement that alerts you to a possible problem with the device. Such problems include damage to the device or other property, or minor injury.

### Warnings

- A complete understanding of the manual and patient training is necessary before using the LifeVest System. If you do not understand how to use the system you could inappropriately assemble or misuse the device resulting in a device that is unable to deliver treatment or delivers inappropriate treatment.

**Patient protection:**

- Federal (USA) law restricts this device to sale by or on the order of a physician.

- Wear the device directly against skin. Do not wear clothing underneath the device. Make sure when putting on the assembled Garment and Electrode Belt, that the Garment doesn't become twisted. Check to make sure that the metallic sides of both front and rear Therapy Pads makes contact with your bare skin when you wear the Garment, or a defibrillating pulse cannot be delivered. If you are a female patient, make sure that you wear a bra over the assembled Garment and Electrode Belt. Look in a mirror to make sure the Garment is being worn correctly.

- Always wear the LifeVest device and make sure the Electrode Belt and Battery Pack are properly connected to the Monitor. The device cannot detect an abnormal rhythm or deliver a treatment shock if not worn and properly connected.

- Do not let another individual wear your LifeVest device. The LifeVest device recognizes your heart rhythm pattern. If it detects an unfamiliar heart rhythm, it may shock that person.

- Remove the Battery Pack from the Monitor whenever the device is not being worn. For example, when you remove the device to take a shower, be sure to remove the Battery Pack first, to ensure the device is not active when you are not wearing it.

LifeVest System WCD 3000 Patient Manual

### Shock hazard:

- Do not attempt to open the Monitor, the Battery Pack, the Alarm Module, the Battery Charger, or the modem. Doing so may expose you to high voltage, and damage the system.

### Rescue defibrillation:

- If you should require conventional defibrillation, a warning label on the Garment informs medical personnel to unfasten and lay open the Garment, thus removing the front therapy pad from your chest. If they fail to do so, the LifeVest device may interfere with the defibrillation, and the conventional defibrillator may damage the LifeVest device.

## Possible improper system performance

### Environment:

- Do not operate or store the LifeVest system outside of the environmental ranges listed in Chapter 10, **What is the Operating Environment of the System**. To do so may damage the system.

### Battery Pack:

- Completely insert the Battery Pack into the Monitor. If the Battery Pack is only partially inserted, the LifeVest device cannot detect an abnormal rhythm or deliver a treatment shock.

- Use ONLY the WCD 3000 Battery Pack with the WCD 3000 Monitor. Use ONLY the WCD 3000 Battery Charger when charging the WCD 3000 Battery Pack. To use any other battery pack or charger could cause the device to fail.

### Electromagnetic interference:

Many common devices, including motors and electronic equipment, may produce electromagnetic interference that can affect the operation of the LifeVest device. The LifeVest device has been tested with a number of common sources of such interference, including cellular telephones, airport security systems and anti-theft detection systems. This testing, along with clinical trial testing, has demonstrated that in everyday use the LifeVest device is not normally affected by commonly encountered electromagnetic interference.

Anti-theft detection systems, also known as electronic article surveillance systems, are often used in department stores and libraries to prevent theft by electronically sensing a special tag on a piece of merchandise when the tag passes through a detector gate. In the U.S., these detector gates are commonly located near the doorways. In Europe, the detector gates may be positioned near the checkout areas.

To prevent possible interference with the LifeVest device, follow these simple guidelines when passing through airport security gates or anti-theft detection gates:

• Walk through the gate at a normal pace.

• Avoid lingering near or leaning on the gate.

In some occupational and hospital environments, unusually high levels of electromagnetic interference may be encountered. Examples of possible sources of such interference include: communication equipment such as microwave transmitters, arc welding equipment, high voltage transmission lines, electrocautery systems, and electronic muscle stimulators. These environments should be avoided while wearing the LifeVest device.

In the unlikely event that electromagnetic interference causes you to receive arrhythmia alarms, press the response buttons to prevent being shocked and move away from the source of the interference. The LifeVest device should return to normal monitoring mode in approximately 5 seconds.

**Cautions**

**Travel:**

• This device has not been tested or approved for use on aircraft.

**Shock hazard:**

• Check the Monitor's display panel when you first turn on the LifeVest device to make certain that you have received the Monitor that has been programmed specifically for you. There is a chance of a false shock if you wear the wrong device. If the name is not correct, call your device provider immediately.

**Possible improper system performance:**

• Do not drop the LifeVest device. To do so may cause serious damage. If you do drop one of the device components, inform your device provider immediately.

• Do not put foreign objects, such as fingers, paper clips, or hair pins into any of the LifeVest system connectors or openings. Doing so may cause the system to fail.

• Protect the LifeVest device from moisture and extreme sunlight when wearing it outdoors. To protect the device, always wear clothing over the Garment and keep the Monitor and Battery Pack in the Holster.

• Do not put the Monitor, Battery Pack, Electrode Belt, Alarm Module, Battery Charger, or modem in or near water. Do not bathe or shower while wearing the LifeVest device. Also, before washing the Garment and Holster, be sure to remove the Electrode Belt and the Monitor with Battery Pack. The Electrode Belt, the Battery Pack, Battery Charger, Alarm Module, Monitor, and modem must not touch water. Doing so may cause the system to fail.

LifeVest System WCD 3000 Patient Manual

- Do not allow food or liquid to splash or drip on the LifeVest system. Doing so may cause the system to fail.

- Do not expose the LifeVest system to direct sunlight, excessive heat, or excessive cold for prolonged periods of time. Doing so may damage the system.

**Risk of fire:**

- Use appropriate caution in an oxygen-rich environment. As with any defibrillator, there exists the risk of a spark and fire during defibrillation.

**Gel release:**

- The therapy pads should not release gel unless a treatment shock is about to be given. Gel seepage at any other time indicates a damaged Electrode Belt. If this occurs, call your device provider immediately.

- Flush your eyes immediately with water and contact your physician if the therapy pad gel gets into your eyes. Your eyes may become irritated from the gel.

**Bathing and showering:**

- Bathe or shower in the evening, preferably when someone else is at home. Several studies indicate sudden cardiac death (SCD) occurs more often in the early morning.

**To help ensure proper operation:**

- Make sure the metal surface of each therapy pad is facing your skin. If the metal side is not facing your skin, you will not receive treatment shock(s) if needed.

- Press and hold both response buttons on the Alarm Module at the same time if you hear alarms, feel a vibration, and receive a message telling you to "Respond." If you do not, you may receive a defibrillating electrical shock while conscious. To avoid receiving a defibrillating electrical shock while conscious, remember to always press and hold both response buttons when the device indicates that you should. If you receive a shock while conscious, it will be painful.

- If you receive a treatment while your heart is beating normally and you did not use the response buttons, the treatment may cause an abnormal rhythm to occur. There is a small possibility that the abnormal heart rhythm may not be detected and death may result.

- Do not press the response buttons by artificial means or by having another person press them for you. This would defeat the purpose of the response buttons.

- If you do not hear a tone or feel a vibration when you first turn the device on, disconnect the Battery Pack and the Electrode Belt from the Monitor and reconnect them. If it still does not operate normally, contact your device provider for a replacement.

- Do not put anything other than the Monitor and Message Manual into the Holster. The extra weight may pull the Electrode Belt from the body.

- Keep out of the reach of children.[1] The device may be damaged by improper handling.

- Use the LifeVest system only after understanding all training and instructions from authorized personnel to help ensure proper operation.

- Do not kink the cables. Kinking the cables may damage them and cause the system to malfunction.

**Environment considerations related to noise and vibration**

Certain environments or situations you encounter that are loud and have high vibration could affect the LifeVest. A loud environment could make it difficult for you to hear an alert to be able to appropriately respond. A high vibration environment may result in an inappropriate treatment. For example, riding a motorcycle or using some lawnmowers may cause vibration and make it difficult for some patients to hear an alert which may result in an inappropriate treatment.

If you encounter a loud, high vibration environment while wearing the LifeVest, you should be attentive to your device to ensure you respond to any alerts. In the unlikely event that vibration causes you to receive a siren alert, hold the response buttons to prevent receiving a treatment and move away from the source of vibration.

---

[1] See indications for patients under 18 years of age.