# EXHIBIT 4





FDA Home[3] Medical Devices[4] Databases[5]

## Premarket Approval (PMA)

[6] 510(k)[7]|DeNovo[8]|Registration & Listing[9]|Adverse Events[10]|Recalls[11]|PMA[12]|HDE[13]|Classification[14]|Standards[15]
CFR Title 21[16]|Radiation-Emitting Products[17]|X-Ray Assembler[18]|Medsun Reports[19]|CLIA[20]|TPLC[21]

New Search[22]                                                                Back to Search Results

Note: this medical device has supplements. The device description/function or indication may have changed. Be sure to look at the supplements to get an up-to-date information on device changes. The labeling included below is the version at time of approval of the original PMA or panel track supplement and *may not represent the most recent labeling*.

| | |
|---|---|
| **Device** | WEARABLE CARDIOVERTER DEFIBRILLATOR (WCD) 2000 LIFEVEST |
| **Generic Name** | Wearable automated external defibrillator |
| **Applicant** | Zoll Manufacturing Corporation<br>121 Gamma Dr.<br>Pittsburgh, PA 15238 |
| **PMA Number** | P010030 |
| **Date Received** | 05/04/2001 |
| **Decision Date** | 12/18/2001 |
| **Product Code** | MVK[23] |
| **Docket Number** | 02M-0145 |
| **Notice Date** | 04/12/2002 |
| **Advisory Committee** | Cardiovascular |
| **Expedited Review Granted?** | No |
| **Combination Product** | No |
| **Predetermined Change Control Plan Authorized** | No |
| **Recalls** | CDRH Recalls[24] |

**Approval Order Statement**

APPROVAL FOR THE WCD 2000 SYSTEM. THIS DEVICE IS INDICATED FOR ADULT PATIENTS WHO ARE AT RISK FOR SUDDEN CARDIAC ARREST AND EITHER ARE NOT CANDIDATES FOR OR REFUSE AN IMPLANTABLE DEFIBRILLATOR.

| | |
|---|---|
| **Approval Order** | Approval Order[25] |
| **Summary** | Summary of Safety and Effectiveness[26] |

**Supplements:** [27] S001[28] S002[29] S003[30] S004[31] S005[32] S006[33] S007[34] S008[35] S009[36] S010[37] S011[38] S012[39] S013[40] S014[41] S015[42] S016[43] S017[44] S018[45] S019[46] S020[47] S021[48] S022[49] S023[50] S024[51] S025[52] S026[53] S027[54] S028[55] S029[56] S030[57] S031[58] S032[59] S033[60] S034[61] S035[62] S036[63] S037[64] S038[65] S039[66] S040[67] S041[68] S042[69] S044[70] S045[71] S046[72] S047[73] S048[74] S049[75] S050[76] S051[77] S052[78] S053[79] S054[80] S055[81] S056[82] S057[83] S058[84] S059[85] S060[86] S061[87] S062[88] S063[89] S064[90] S065[91] S066[92] S067[93] S068[94] S069[95] S070[96] S071[97] S072[98] S073[99] S074[100] S075[101] S076[102] S077[103] S078[104] S079[105] S080[106] S081[107] S083[108] S084[109] S085[110] S086[111] S087[112] S088[113] S089[114] S090[115] S091[116] S092[117] S095[118] S097[119] S098[120] S099[121] S100[122] S101[123] S102[124] S103[125] S104[126] S105[127] S106[128] S107[129] S108[130] S110[131] S111[132] S112[133] S113[134] S114[135] S115[136] S116[137] S117[138] S118[139] S119[140] S120[141] S121[142] S122[143] S123[144] S124[145] S125[146] S126[147] S127[148] S128[149] S129[150] S130[151] S131[152] S132[153] S133[154] S134[155] S135[156] S137[157] S138[158]

S139[159] S140[160] S141[161] S142[162] S143[163] S144[164] S145[165] S146[166] S147[167] S148[168] S149[169] S150[170] S151[171] S152[172] S153[173] S154[174] S155[175] S156[176] S157[177] S158[178] S159[179] S160[180] S161[181] S162[182] S163[183] S164[184] S165[185] S166[186] S167[187] S168[188] S169[189] S170[190] S171[191] S172[192] S173[193] S174[194] S175[195] S176[196] S177[197] S178[198] S179[199] S180[200] S181[201] S182[202] S183[203] S184[204] S185[205] S186[206] S187[207] S188[208] S189[209] S190[210] S191[211] S192[212] S193[213] S194[214] S195[215] S196[216] S197[217] S198[218] S199[219]

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=MVK
24. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P010030
25. https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf
26. https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030B.pdf
27. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=
28. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S001
29. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S002
30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S003
31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S004

32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S005

33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S006

34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S007

35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S008

36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S009

37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S010

38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S011

39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S012

40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S013

41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S014

42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S015

43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S016

44. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S017

45. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S018

46. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S019

47. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S020

48. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S021

49. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S022

50. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S023

51. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S024

52. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S025

53. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S026

54. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S027

55. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S028

56. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S029

57. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S030

58. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S031

59. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S032

60. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S033

61. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S034

62. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S035

63. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S036

64. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S037

65. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S038

66. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S039

67. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S040

68. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S041

69. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S042

70. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S044

71. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S045

72. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S046

73. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S047

74. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S048

75. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S049

76. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S050

77. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S051

78. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S052

79. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S053

80. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S054

81. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S055

82. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S056

83. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S057

84. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S058

85. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S059

86. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S060

87. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S061

88. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S062

89. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S063

90. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S064

91. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S065

92. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S066

93. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S067

94. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S068

95. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S069

96. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S070

97. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S071

98. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S072

99. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S073

100. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S074

101. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S075

102. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S076

103. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S077

104. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S078

105. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S079

106. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S080

107. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S081

108. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S083

109. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S084

110. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S085

111. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S086

112. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S087

113. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S088

114. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S089

115. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S090

116. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S091

117. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S092

118. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S095

119. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S097

120. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S098

121. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S099

122. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S100

123. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S101

124. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S102

125. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S103

126. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S104

127. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S105

128. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S106

129. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S107

130. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S108

131. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S110

132. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S111

133. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S112

134. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S113

135. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S114

136. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S115

137. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S116

138. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S117

139. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S118

140. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S119

141. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S120

142. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S121

143. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S122

144. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S123

145. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S124

146. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S125

147. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S126

148. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S127

149. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S128

150. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S129

151. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S130

152. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S131

153. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S132

154. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S133

155. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S134

156. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S135

Premarket Approval (PMA)

157. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S137

158. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S138

159. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S139

160. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S140

161. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S141

162. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S142

163. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S143

164. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S144

165. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S145

166. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S146

167. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S147

168. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S148

169. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S149

170. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S150

171. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S151

172. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S152

173. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S153

174. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S154

175. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S155

176. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S156

177. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S157

178. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S158

179. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S159

180. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S160

181. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S161

182. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S162

183. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S163

184. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S164

185. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S165

186. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S166

187. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S167

188. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S168

189. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S169

190. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S170

191. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S171

192. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S172

193. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S173

194. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S174

195. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S175

196. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S176

197. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S177

198. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S178

199. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S179

200. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S180

201. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S181

202. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S182

203. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S183

204. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S184

205. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S185

206. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S186

207. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S187

208. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S188

209. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S189

210. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S190

211. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S191

212. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S192

213. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S193

214. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S194

215. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S195

216. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S196

217. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S197

218. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S198

219. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S199

Page Last Updated: 05/04/2026

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive Vulnerability Disclosure Policy

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. /scripts/cdrh/cfdocs/cfpma/pma.cfm

23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=MVK

24. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&pnumber=P010030

25. https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf

26. https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030B.pdf

27. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=

28. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S001

29. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S002

30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S003

31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S004

32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S005

33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S006

34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S007

35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S008

36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S009

37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementNumber=S010

Premarket approval (PMA)

38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S011

39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S012

40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S013

41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S014

42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S015

43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S016

44. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S017

45. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S018

46. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S019

47. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S020

48. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S021

49. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S022

50. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S023

51. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S024

52. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S025

53. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S026

54. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S027

55. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S028

56. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S029

57. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S030

58. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S031

59. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S032

60. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S033

61. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S034

62. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S035

Premarket Approval (PMA)

63. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S036

64. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S037

65. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S038

66. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S039

67. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S040

68. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S041

69. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S042

70. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S044

71. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S045

72. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S046

73. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S047

74. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S048

75. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S049

76. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S050

77. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S051

78. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S052

79. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S053

80. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S054

81. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S055

82. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S056

83. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S057

84. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S058

85. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S059

86. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S060

87. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S061

88. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S062

89. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S063

90. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S064

91. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S065

92. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S066

93. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S067

94. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S068

95. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S069

96. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S070

97. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S071

98. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S072

99. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S073

100. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S074

101. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S075

102. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S076

103. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S077

104. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S078

105. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S079

106. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S080

107. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S081

108. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S083

109. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S084

110. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S085

111. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S086

112. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
    start_search=1&PMANumber=P010030&SupplementNumber=S087

113. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S088

114. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S089

115. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S090

116. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S091

117. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S092

118. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S095

119. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S097

120. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S098

121. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S099

122. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S100

123. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S101

124. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S102

125. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S103

126. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S104

127. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S105

128. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S106

129. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S107

130. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S108

131. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S110

132. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S111

133. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S112

134. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S113

135. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S114

136. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S115

137. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
start_search=1&PMANumber=P010030&SupplementNumber=S116

138. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S117

139. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S118

140. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S119

141. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S120

142. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S121

143. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S122

144. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S123

145. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S124

146. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S125

147. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S126

148. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S127

149. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S128

150. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S129

151. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S130

152. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S131

153. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S132

154. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S133

155. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S134

156. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S135

157. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S137

158. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S138

159. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S139

160. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S140

161. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S141

162. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S142

163. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S143

164. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S144

165. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S145

166. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S146

167. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S147

168. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S148

169. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S149

170. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S150

171. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S151

172. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S152

173. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S153

174. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S154

175. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S155

176. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S156

177. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S157

178. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S158

179. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S159

180. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S160

181. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S161

182. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S162

183. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S163

184. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S164

185. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S165

186. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S166

187. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S167

188. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S168

189. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S169

190. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S170

191. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S171

192. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S172

193. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S173

194. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S174

195. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S175

196. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S176

197. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S177

198. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S178

199. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S179

200. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S180

201. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S181

202. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S182

203. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S183

204. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S184

205. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S185

206. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S186

207. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S187

208. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S188

209. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S189

210. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S190

211. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S191

212. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S192

213. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S193

214. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S194

215. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S195

216. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S196

217. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S197

218. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S198

219. /scripts/cdrh/cfdocs/cfpma/pma.cfm?
     start_search=1&PMANumber=P010030&SupplementNumber=S199