**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No.  2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance M. Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**DEFENDANT ZOLL MEDICAL CORPORATION'S**
**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.1, Defendant ZOLL Medical Corporation ("ZOLL") requests oral argument on its Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ZOLL's motion to dismiss is noticed for submission on July 22, 2026, before the Honorable Lance M. Africk, District Judge for the United States District Court for the Eastern District of Louisiana.

Given the significance of the issues raised in ZOLL's motion to dismiss and the dispositive nature of the motion, ZOLL believes oral argument is important to assist the Court in evaluating the legal and factual issues raised and will allow the parties to respond to any questions the Court may have.

Wherefore, ZOLL respectfully requests the Court grant oral argument on ZOLL's Motion to Dismiss Plaintiffs' Amended Complaint.

1

Respectfully submitted,

Dated: July 2, 2026                    LISKOW & LEWIS, APLC


By: /s/ Michael C. Mims
Michael C. Mims, T.A. (#33991)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
E-mail: mmims@liskow.com


Jenny A. Covington (pro hac vice)
Jenna L. Durr (pro hac vice to be submitted)
Matthew J. Smaron (pro hac vice)
**CARLTON FIELDS, P.A.**
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
612.605.9921
Jcovington@carltonfields.com
msmaron@carltonfields.com

*Counsel for ZOLL Medical Corporation*


### CERTIFICATION

I hereby certify that on this 2nd day of July, 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

/s/ Michael C. Mims
Michael C. Mims

2