# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMA PELLEGRIN and MARK PELLEGRIN | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | JUDGE: Lance Africk |
| vs. | MAGISTRATE: Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant | |

## PLAINTIFFS' SUGGESTION OF DEATH UPON THE RECORD

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby suggests upon the record of this Court the death of Norma Pellegrin, a party plaintiff in this action.

Norma Pellegrin, party plaintiff herein died on June 15, 2026, in Houma, Louisiana.

This Suggestion of Death is filed to notify the Court and all parties of record of the death of Norma Pellegrin in accordance with Federal Rule of Civil Procedure 25(a)(1).

Respectfully submitted,

GERALD F. ARCENEAUX, APLC

*/s/ Gerald F. Arceneaux*

GERALD F. ARCENEAUX (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com

*Counsel for Plaintiffs,*
*Norma and Mark Pellegrin*

## <u>CERTIFICATION</u>

I hereby certify that on this 13th day of July 2026, a copy of the foregoing pleadings was served on all parties of record electronically via the Court's ECF system.

*/s/ Gerald F. Arceneaux*

_____

Gerald F. Arceneaux