**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMA PELLEGRIN AND MARK PELLEGRIN, | Civil Action No. 2:26-cv-00830 |
| Plaintiffs, | Judge Lance M. Africk |
| vs. | Magistrate Judge Janis van Meerveld |
| ZOLL MEDICAL CORPORATION, | |
| Defendant. | |

**CONSENT MOTION TO STRIKE**

Plaintiffs respectfully submit this motion pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and request that the Court enter the attached order striking various allegations in the Amended Complaint (ECF Doc. #22) and arguments in the Memorandum In Opposition To Defendant ZOLL Medical Corporation's Motion To Dismiss Plaintiffs' Amended Complaint (ECF Doc. #30), but preserving all other allegations and arguments that Plaintiffs have asserted.

The allegations Plaintiffs request stricken from their Amended Complaint (ECF Doc. # 22) are as follows: Paragraphs 68 and 69 of Plaintiffs' Amended Complaint.

The arguments Plaintiffs request stricken from their Memorandum in Opposition to Defendant ZOLL Medical Corporation's Motion to Dismiss Plaintiffs; Amended Complaint (ECF Doc. # 30) are as follows:

(1) "First, ZOLL incorrectly asserts that the LifeVest received premarket approval (PMA)," Opposition, p. 1.

(2) "Even if the device received PMA, a fact disputed by the procedural record," Opposition, p. 1.

(3) "However, the existence of these documents does not conclusively establish the regulatory pathway for the specific LifeVest device worn by Mrs. Pellegrin on March 5, 2025, particularly where subsequent supplements and device modifications may affect the applicable regulatory framework. Moreover, even if the device received PMA," Opposition, p. 6.

On July 20, 2026, counsel for Plaintiffs and Defendant conferred regarding this motion. Defendant consents to this motion. This motion is not being filed for any improper purpose and will not cause any undue prejudice or delay.

Respectfully submitted,

GERALD F. ARCENEAUX, APLC

/s/ Gerald F. Arceneaux
GERALD F. ARCENEAUX (#28866)
Post Office Box 848
Bourg, LA 70343-0848
Telephone: (985) 594-4199
Facsimile: (985) 594-1212
Email: geraldarceneaux@outlook.com
**Counsel for Plaintiffs,**
**Norma and Mark Pellegrin**

## CERTIFICATION

I hereby certify that on this 21st day of July 2026, a copy of the foregoing pleading was served on all parties of record electronically via the Court's ECF system.

/s/ Gerald F. Arceneaux
Gerald F. Arceneaux

2