**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

NORMA PELLEGRIN AND MARK PELLEGRIN,

Plaintiffs,

vs.

ZOLL MEDICAL CORPORATION,

Defendant.

Civil Action No. 2:26-cv-00830

Judge Lance M. Africk

Magistrate Judge Janis van Meerveld

**ORDER**

In consideration of the Consent Motion To Strike filed by Plaintiffs,

**IT IS HEREBY ORDERED** that the Consent Motion To Strike is **GRANTED;**

**IT IS FURTHER ORDERED** that Paragraphs 68 and 69 of Plaintiffs' Amended Complaint (ECF Doc. #22) are hereby **STRICKEN** and shall have no force or effect in this proceeding.

**IT IS FURTHER ORDERED** that the following statements, appearing in Plaintiffs' Memorandum In Opposition To Defendant ZOLL Medical Corporation's Motion To Dismiss Plaintiffs' Amended Complaint (ECF Doc. #30) ("Opposition") are hereby **STRICKEN** and shall not be considered by the Court:

(1) "First, ZOLL incorrectly asserts that the LifeVest received premarket approval (PMA)," Opposition, p. 1.

(2) "Even if the device received PMA, a fact disputed by the procedural record," Opposition, p. 1.

(3) "However, the existence of these documents does not conclusively establish the regulatory pathway for the specific LifeVest device worn by Mrs. Pellegrin on March 5, 2025, particularly where subsequent supplements and device modifications may affect the applicable regulatory framework. Moreover, even if the device received PMA," Opposition, p. 6.

**IT IS FURTHER ORDERED** that all other allegations asserted in Plaintiffs' Amended Complaint (EFC Doc. #22) and all other arguments contained in Plaintiffs' Memorandum in Opposition to Defendant, ZOLL Medical Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (EFC Doc. #30) are preserved.

**IT IS FURTHER ORDERED** that Defendant's pending Motion to Dismiss (ECF Doc. #27) shall retain its submission date of July 22, 2026 and shall be decided on the existing pleadings and briefing submitted as of that date, as modified by this Order.

New Orleans, Louisiana, July _____, 2026.

_____
HON. LANCE M. AFRICK