**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARK PELLEGRIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 26-830** |
| **ZOLL MEDICAL CORPORATION** | **SECTION I** |

# JUDGMENT

On this date, this Court issued an order and reasons granting defendant Zoll Medical Corporation's ("Zoll") motion[1] to dismiss Mark and Norma Pellegrin's ("plaintiffs") first amended complaint[2] ("complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Court's order and reasons dismissed all of plaintiffs' claims against Zoll with prejudice. Accordingly,

**IT IS ORDERED** that plaintiffs' complaint against Zoll is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, August 18, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 27.
[2] R. Doc. No. 22.